IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-cr-30020-SMY |
| | ) |
| CHARLES A. CARROLL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**YANDLE, District Judge:**

Defendant Charles A. Carroll was sentenced on August 13, 2019 to 46 months imprisonment and 3 years supervised release on one count of Possession of a Firearm and Ammunition by a Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), one count of Possession of Counterfeit Obligations of the United States in violation of 18 U.S.C. § 472, and two counts of Passing of Counterfeit Obligations of the United States in violation of 18 U.S.C. § 472 (Doc. 33). Carroll moved for compassionate release pursuant to the First Step Act of 2018 due to the COVID-19 global pandemic (Docs. 44, 53). On December 21, 2020, the undersigned denied Carroll's motion, finding no compelling circumstances justifying his release (Doc. 60).

Now pending before the Court is Carroll's *pro se* Motion for Reconsideration for Compassionate Release (Doc. 68). Carroll asserts that MCFP Springfield has an increased number of COVID-19 cases and requests to be moved to a halfway house. The Court finds no basis to reconsider its previous ruling. Although Carroll suffers from mild asthma, his medical records indicate that his condition is stable and is managed by medication. Further, according to the Bureau of Prison's inmate locator, Carroll has been relocated to St. Louis RRM. *See*

https://www.bop.gov/inmateloc/ (last visited January 5, 2022).  Accordingly, Defendant's Motion to Reconsider (Doc. 68) is **DENIED**.

    **IT IS SO ORDERED.**

    **DATED:  January 20, 2022**

                                              **STACI M. YANDLE**
                                              **United States District Judge**